THE STATE OF OHIO, APPELLANT, *v.* PRICE, APPELLEE.

[Cite as *State v. Price* (1999), 84 Ohio St.3d 529.]

(No. 98–1973—Submitted January 12, 1999—Decided March 3, 1999.)

*James J. Mayer, Jr.,* Richland County Prosecuting Attorney, and *Sheryl M. Groff,* Assistant Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.